IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $12,950.00, <br><br> Defendant. | CV-17-138-GF-BMM <br><br> **ORDER** |

Plaintiff United States of America filed a Complaint for civil forfeiture of $12,950.00 seized in connection with a drug trafficking investigation. (Doc. 1.) On January 10, 2018, "interested party" Craig Frazier filed an "Answer and Motion for Return of His Personal Property." (Doc. 6.) Frazier disclaims any "further interest" in the Defendant currency. (Doc. 6 at 2.) Frazier moves this Court for return of "personal assets" seized in the same search as the Defendant currency. (Doc. 6 at 3.) Plaintiff filed a response informing Frazier of the means by which he might recover personal property if the property is no longer the subject of a criminal investigation. (Doc. 7 at 2.)

The Complaint and warrant in this action do not include the personal property identified by Frazier. Frazier is free to pursue remedies outside of this proceeding to secure the return of his property if appropriate.

**ORDER**

**IT IS HEREBY ORDERED** that Craig Frazier's Answer and Motion for Return of His Personal Property (Doc. 6) is **DENIED AS MOOT**.

DATED this 13th day of March, 2018.

Brian Morris
United States District Court Judge